# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-50640
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 4, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CRISTIAN GUADALUPE ENRIQUEZ-FACIO , also known as Cristian
Robert Achesen,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:12-CR-162-1

Before  REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Cristian Guadalupe Enriquez-Facio
has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d
229 (5th Cir. 2011).   Enriquez-Facio has not filed a response.   We have
reviewed counsel's brief and the relevant portions of the record reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 12-50640

therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.